**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **William Geith,** | ) | **CASE NO. 1:12 CV 934** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Sprint Communications Company L.P.,** | ) | **Order of Remand** |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order denying defendant Sprint Communications Company L.P.'s Motion to Dismiss (Doc. 15) and granting defendant's Motion to Remand (Doc. 18), hereby remands this matter to the Benefit Administrative Committee of the Sprint Retirement Pension Plan.

IT IS SO ORDERED.

/s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
Date: 6/19/13     United States District Judge